IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01000-WDM-BNB

CLARENCE ARTHUR WALKER,

Plaintiff,

v.

ELAINE MEYER, and
PITCHER,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion to Not Send Any of My Documents to 7372 South Potomac Street** [docket no. 55, filed August 9, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to remove the following address from it's certificate of service:

ARAPAHOE COUNTY DETENTION FACILITY
ATTN: ADMINISTRATIVE LIEUTENANT
7372 SOUTH POTOMAC STREET
CENTENNIAL, CO 80112

DATED:  August 21, 2007