IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01000-WDM-BNB

CLARENCE ARTHUR WALKER,

Plaintiff,

v.

ELAINE MEYER, and
PITCHER,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant Pitcher's Motion for Leave to Take the Deposition of the Incarcerated Plaintiff** [docket no. 93, filed November 12, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and defendant Pitcher may take the oral deposition of plaintiff prior to January 2, 2008, at the Arapahoe County Detention Facility.

DATED:  November 14, 2007